1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DALE CALLOWAY,

11         Plaintiff,                    No. 2:11-cv-0407 KJN P

12      vs.

13   SCOTT JONES, et al.,                ORDER AND

14         Defendants.                   FINDINGS & RECOMMENDATIONS

15   _____/

16         By order filed February 18, 2011, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  The thirty day period has now expired, and

18   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

20   Court is directed to assign a district judge to this case; and

21         IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23         These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

25   one days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                          1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED:  March 29, 2011

5

6   _____
    KENDALL J. NEWMAN

7   UNITED STATES MAGISTRATE JUDGE

8   call0407.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26